**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 10, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00126-CV

---

### IN RE ISCO INDUSTRIES, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-32226**

---

## MEMORANDUM OPINION

On February 5, 2020, relator Isco Industries, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kyle Carter, presiding judge of the 125th District Court of Harris County, to vacate his January 6, 2020 order denying relator's "Rule 12 Motion Requesting Attorneys' for Plaintiffs and Intervenor To Show Authority to Prosecute their Claims."

With certain exceptions not applicable here, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Because relator has not shown it is entitled to mandamus relief, we deny its petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.